UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN LAQUAN TRICE, | ) | 1:11-cv—00951-LJO-SKO-HC |
| | ) | |
| Petitioner, | ) | ORDER TO RESPONDENT TO FILE A |
| | ) | COMPLETE COPY OF LODGED DOCUMENT |
| | ) | 7, THE PETITION FOR REVIEW FILED |
| v. | ) | BY CO-APPELLANT NICHOLS, NO LATER |
| | ) | THAN TEN (10) DAYS AFTER THE DATE |
| M. McDONALD, Warden, | ) | OF SERVICE OF THIS ORDER |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b)(1) and Local Rules 302 and 303.

In connection with Respondent's pending motion to dismiss and related motions of Petitioner for a stay of the proceedings, Respondent filed on January 6, 2012, lodged document (LD) 7, a copy of the petition for review filed in the California Supreme Court by Petitioner's co-appellant, Tommy Jackson Nichols.  This document is necessary to the Court's decisions on the motion to dismiss and on the related stay motions.

The copy of LD 7 filed by Respondent is incomplete because

it is lacking pages 19-22 and 25-28.

Accordingly, it is ORDERED that Respondent file in this Court a complete copy of the petition for review no later than ten (10) days after the date of service of this order.

IT IS SO ORDERED.

| Dated:   February 3, 2012 | /s/ Sheila K. Oberto |
|---|---|
| | UNITED STATES MAGISTRATE JUDGE |