UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAQUAN TRICE, ) | 1:11-cv—00951-LJO-SKO-HC |
| ) Petitioner, ) | ORDER DISREGARDING AS UNNECESSARY PETITIONER'S MOTION FOR LEAVE TO FILE OVERSIZED MEMORANDUM |
| v. ) | (Doc. 48) |
| M. McDONALD, Warden, ) | |
| ) Respondent. ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b)(1) and Local Rules 302 and 303.

    On September 21, 2012, Petitioner filed a traverse, which included a lengthy memorandum of points and authorities. Petitioner also filed a motion for leave to file an oversized memorandum, which was included in the traverse.

    Petitioner's motion to file an oversized memorandum is DISREGARDED as unnecessary.

IT IS SO ORDERED.

**Dated:   September 26, 2012**         /s/ Sheila K. Oberto
                                                              UNITED STATES MAGISTRATE JUDGE

1